IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

UP APARTMENTS, LLC,

    Appellant,

v.

CRISTOBAL BALDERA, AS PARENT
AND NATURAL GUARDIAN OF M.B.,
A MINOR,

    Appellee.

_____/

Case No. 5D23-0234
LT Case No. 2019-CA-4475-MA

Opinion filed June 2, 2023

Appeal from the Circuit Court
for Duval County,
Marianne L. Aho, Judge.

Kurt T. Koehler, of Cole, Scott &
Kissane, P.A., Jacksonville, for
Appellant.

Chad A. Barr, of Chad Barr
Law, Altamonte Springs, for
Appellee.

ON CONFESSION OF ERROR

PER CURIAM.

    Appellant appeals a final judgment. Appellee has filed a confession of

error. We accept the confession of error, reverse the judgment, and remand

for further proceedings.

REVERSED AND REMANDED.


SOUD, BOATWRIGHT and KILBANE, JJ., concur.